§33-1-5 is constitutional, in that it grants no appellate review of an order or decree granting a petition which permits a party to file a claim out of time. *Francis Boyle, Joseph Palumbo, Jr., Moore, Virgadamo, Boyle & Lynch, Ltd.,* for petitioners. *Henry M. Swan, Swan, Keeney, Jenckes & Asquith,* for respondents.

M. P. No. 76-237. IN RE: ROBERT MARION PALMER. Petition for writ of certiorari granted. *Barry Kusinitz,* R. I. Legal Services, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-250. LINDA MAE GREENE *v.* GEOFFREY RAY GREENE. Petition for writ of certiorari denied. *Natale L. Urso,* for petitioner. *Frank S. Cappuccio,* for respondent.

C. A. No. 75-40. STATE *v.* EDWARD J. BEAULIEU. Motion to reargue denied. Office of the Attorney General, *Julius C. Michaelson,* Atty. Gen., *Judith Romney Wegner,* Spec. Asst. Atty. Gen., for plaintiff. Office of the Public Defender, *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Asst. Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

C. A. No. 75-257. STATE *v.* ANTHONY MEROLA. Motion of State to dismiss the appeal for failure to file a brief is granted unless the defendant files a brief on or before September 1, 1976. Bevilacqua, C. J., not participating. Office of the Attorney General, *Julius C. Michaelson,* Atty. Gen., *Judith Romney Wegner,* Spec. Asst. Atty. Gen., for plaintiff. *John F. Cicilline, Bevilacqua & Cicilline,* for defendant.

C. A. 76-259. STATE *v.* ANTHONY J. MANFREDI. Motion of defendant for an expedited hearing is denied. The defendant's motion for release pending appeal is denied. Office of the Attorney General, *Julius C. Michaelson,* Atty. Gen., *Judith Romney Wegner,* Spec. Asst. Atty. Gen., for plaintiff. Office of the